# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONI LEIGH PHILLIPS, | No. 4:18-CV-01672 |
| Plaintiff, | (Judge Brann) |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

### DECEMBER 17, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 3, is **GRANTED**, and Plaintiff's Complaint, ECF No. 1-2, is **DISMISSED** as follows:

1. Count III is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's demand for attorney's fees within Count II **DISMISSED WITHOUT PREJUDICE**.

3. Within seven (7) days of the date of this Order, Plaintiff may amend these claims to correct the deficiencies identified in the accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge